Local MIE Form 1A
(7/02)

Order of the Court to Continue Supervision
**UNITED STATES DISTRICT COURT**

**for the**

**Eastern District of Michigan**

UNITED STATES OF AMERICA
    v.

Anthony Faye Elliott                                    CR. No. 05-CR-80231-03

      On March 27, 2009, the Court authorized the issuance of a summons for supervised release violation based upon a violation petition citing violations of supervision. The issues of the violations were heard in court on June 22, 2009, and the Court made the following findings:

[x]     Guilty of violating conditions of supervision. The following special condition of supervision is added.

        The offender shall participate in a program approved by the probation department for mental health treatment and take medication as prescribed by a licensed physician. In addition, he is to serve three months in a Residential Reentry Center (RRC) and abide by all the rules and regulations of the program.

                                                           Respectfully submitted,

                                                           s/Dion J. Thomas
                                                           United States Probation Officer
                                                           (313) 234-5468

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

                              Dated this 14 Day of July, 2009.

                                                            Patrick J. Duggan
                                                           United States District Judge