Local MIE Form 1A
(7/02)

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT

## for the

## Eastern District of Michigan

UNITED STATES OF AMERICA

        v.

Anthony Faye Elliott                                Crim. No. 05-CR-80231-03

On December 17, 2009, the Court authorized the issuance of a supervised release summons based upon a violation petition citing violation of supervision. The issue of the violation was heard in Court on February 2, 2010, and the Court made the following finding(s):

        Continue on supervision with the following additional special condition:

__X__

        Submit to weekly urinalysis

                                      Respectfully submitted,

                                      s/Dion J. Thomas
                                      United States Probation Officer
                                      313-234-5468

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued until expiration All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

        Dated this <u>26th</u> Day of<u> February</u>, 2010.

                                      s/Patrick J. Duggan
                                      United States District Judge